UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MARC STEVEN BARNES,                    )
                                       )
                    Plaintiff,         )
                                       )
         v.                            )     **Case No.** _____
                                       )
BARCLAYS BANK DELAWARE,                )
                                       )
                    Defendant.         )

## <u>NOTICE OF REMOVAL</u>

Defendant Barclays Bank Delaware ("Barclays"), by and through undersigned counsel, hereby gives notice of removal of Case No. 2017 SCJ 001143, filed in the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  Barclays respectfully states the following as grounds for removal of this action:

1.      On or about June 22, 2017, Plaintiff Marc Stephen Barnes ("Plaintiff") filed an Amended Statement of Claim against Barclays in a lawsuit styled *Marc Stephen Barnes v. Barclays Bank Delaware*, in the Superior Court of the District of Columbia (the "State Court Action").

2.      True and correct copies of all process, pleadings and orders received by Barclays in the State Court Action are attached hereto as **<u>Exhibit A</u>**.  No other process, pleadings, or orders have been served upon Defendant to date in this case.  Trial has not commenced in this case.

3.      In his Statement of Claim against Barclays, Plaintiff seeks "$10,000 in compensatory damages against Barclays" based on Plaintiff's allegation that Barclays provided "inaccurate and derogatory information" to credit reporting agencies.  (*See* Statement of Claim).

4.      The Fair Credit Reporting Act, 15 U.S.C. § 1681s-2, (the "FCRA") regulates creditors' obligations to provide accurate information to credit reporting agencies. The FCRA also provides consumers with a private cause of action against creditors for violations of the FCRA if the consumer can show: 1) that the plaintiff notified a consumer reporting agency that he disputed the accuracy of information in his credit report; and 2) that the furnisher of information failed to conduct an adequate investigation after receiving the notice from the consumer reporting agency. 15 U.S.C. § 1681s-2(b).

5.      As alleged in Plaintiff's Statement of Claim, Plaintiff contends that "[D]espite adjustments made by Barclays to my credit reports, the inaccurate and derogatory information [furnished by Barclays] had a significantly deficient impact on my credit rating." (*See* Statement of Claim).

6.      Based on the allegations contained in Plaintiff's Statement of Claim, it is apparent that Plaintiff has asserted a claim against Barclays under the FRCA (Plaintiff's "Federal Question Claims").

7.      It is well established that the FCRA preempts all state common law and statutory claims against furnishers of information such as Barclays, to the extent that any such claim arises out of allegations that the furnisher provided inaccurate information to credit reporting agencies. *See* 15 U.S.C. § 1281t(b)(1)(F); *see also, Himmelstein v. Comcast of the Dist., LLC*, 931 F. Supp. 2d 48, 59-60 (D. D.C. 2013). Accordingly, because Plaintiff's claims are based solely on his allegation that Barclays provided inaccurate credit reporting information, Plaintiff's claims against Barclays necessarily arise under federal law.

8.      This Court has original jurisdiction over Plaintiff's Federal Question Claims, and this case is removable to this Court pursuant to 28 U.S.C. §§ 1331 and 1441(b), because Plaintiff's

Federal Question Claims are claims "arising under…laws…of the United States," specifically 15 U.S.C. § 1681s-2.

9. This Notice of Removal is timely under 28 U.S.C. §1446(b). Plaintiff's Statement of Claim was received by Barclays on June 26, 2017. This Notice of Removal is filed within thirty (30) days of Barclays' receipt of the Statement of Claim, and the date by which Barclays is required to answer or otherwise respond to Plaintiff's Statement of Claim has not yet expired.

10. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

11. Pursuant to 28 U.S.C. § 1446(d), Barclays' written notice of the filing of this Notice of Removal will be served upon counsel for all parties, and a Notice to State Court of Filing Notice of Removal will be filed simultaneously with the Clerk of the Superior Court of the District of Columbia. *See* Notice to State Court of Filing Notice of Removal (without Exhibits) attached as **Exhibit B**.

12. Based on the foregoing, Barclays desires and is entitled to have the above-captioned matter removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

13. Barclays respectfully requests that this United States District Court accept this Notice of Removal, assume jurisdiction of the case, and issue such orders and processes as may be necessary going forward.

WHEREFORE, Barclays prays that the action now pending against it in the Superior Court of the District of Columbia be removed to the United States District Court for the District of Columbia.

Respectfully submitted this the <u>17th</u> day of July, 2017

ETHRIDGE, QUINN, KEMP, MCAULIFFE,
ROWAN & HARTINGER

<u>/s/ Michael L. Rowan</u>
Michael L. Rowan
33 Wood Lane
Rockville, MD 20850
301-762-1696
301-762-7691 (fax)
DC Bar No. 450038
mlr@eqkmrh.com

WYRICK ROBBINS YATES & PONTON LLP

By: <u>/s/ Michael D. DeFrank</u>
Michael D. DeFrank
NC State Bar No. 32235
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
(919) 781-4000; (919) 781-4865
mdefrank@wyrick.com

*ATTORNEYS FOR*
*BARCLAYS BANK DELAWARE*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, I caused a copy of the foregoing to be sent via U.S., First Class Mail, postage prepaid to the following:

Marc Steven Barnes
2700 28th St., NW
Washington, D.C. 20008

ETHRIDGE, QUINN, KEMP, MCAULIFFE,
ROWAN & HARTINGER

/s/ Michael L. Rowan
Michael L. Rowan
33 Wood Lane
Rockville, MD 20850
301-762-1696
301-762-7691 (fax)
mlr@eqkmrh.com

Attorney for Barclays Bank Delaware